# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sharon J. Coleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9894 | **DATE** | 12/18/2012 |
| **CASE TITLE** | True Religion Apparel, Inc. Vs. Does 1-100 | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motions for temporary restraining order [6], for leave to file excess pages [7], and to seal document [8] are granted. Draft order shall be entered within 24 hours of this hearing. Status hearing set to 2/4/2013 at 9:00 a.m.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | rh |
|---|---|---|